**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **VESELIN MANDARIC, DBA** ) | |
| **MANDARIC BICYCLES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 15-cv-1858 |
| ) | |
| **CYCLING SPORTS GROUP, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Veselin Mandaric, dba Mandaric Bicycles, by its attorneys, files this Complaint against Cycling Sports Group, Inc., and alleges as follows:

## THE PARTIES

1. Plaintiff Veselin Mandaric ("Mandaric"), doing business as Mandaric Bicycles, is a resident of the State of California.

2. Defendant Cycling Sports Group is a corporation organized and existing under the laws of the State of Delaware and, upon information and belief, distributes product from its place of business in Illinois.

3. Upon information and belief, Cycling Sports Group operates as a division of Dorel Industries, Inc..

## JUSRISDICTION, AND VENUE

4. This is an action for patent infringement arising under Title 35 U.S.C. § 1 *et seq.*, of the United States.

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 (federal question), §1332(a) (diversity of citizenship), and §1338(a) (question related to patents).

6. This Court has specific personal jurisdiction over Cycling Sports Group because, upon information and belief, Cycling Sports Group has used, sold and/or offered to sell the accused product in Illinois or in furtherance of their business interests with direct ties to Illinois. Moreover, this Court has general personal jurisdiction over Cycling Sports Group because, upon information and belief, it operates a business facility in Illinois, conducts business in Illinois, and otherwise has continuous and systematic contacts in Illinois.

7. Venue is proper under 28 U.S.C. §1391 and §1400 because Cycling Sports Group is subject to personal jurisdiction in this District, and a substantial part of the events giving rise to infringement occurred in this District.

## **INFRINGEMENT OF U.S. PATENT NO. 7,752,767**

8. Mandaric incorporates by reference the preceding allegations of this Complaint as though fully set forth herein.

9. Mandaric is the inventor and owner of U.S. Patent No. 7,752,767 (the "767 Patent"), which was duly granted by the United States Patent and Trademark Office on July 13, 2010. The '767 Patent is generally directed toward a bicycle fitting machine and is entitled, "Device For Simulating Position Of The Saddle And Handlebar Assembly Of The Bicycle." A copy of the '767 Patent is attached hereto as Exhibit A.

10. Beginning in 2012, Cycling Sports Group infringed the '767 Patent under 35 U.S.C. §271(a), (b) and/or (c) by making, using, selling, or offering to sell in the United States products, devices, or methods, that embody or otherwise practice one or more of the claims of the '767 Patent, or by otherwise contributing to infringement or inducing others to infringe the

'767 Patent. The infringing products, devices, or methods include, but are not limited to, Cycling Sports Group's manufacture, use, and sale of bicycle fitting machines such as the Guru Fitting Bike. Attached as Exhibit B is an illustration of the accused Guru Fitting Bike which Cycling Sports Group sold.

11. Upon information and belief, while it was selling the accused product, Cycling Sports Group was on notice of the '767 Patent and, even further, was on notice of Mandaric's claim that the Guru Fitting Bike infringed the '767 Patent. Despite such notice, continued to make, use and sell the infringing Guru Fitting Bike illustrated in Exhibit B, thus, Cycling Sports Group's infringement of the '767 Patent has been willful.

12. As a direct and proximate result of Cycling Sports Group's infringement of the '767 Patent, Mandaric has been damaged.

13. Mandaric is entitled to injunctive relief enjoining and restraining Cycling Sports Group, and its respective officers, agents, servants, and employees, and all persons acting in concert with them, and each of them, from further infringement of the '767 Patent.

**PRAYER FOR RELIEF**

WHEREFORE, Mandaric seeks judgment against Cycling Sports Group and the following relief:

- a. Cycling Sports Group be found to infringe the '767 Patent under 35 U.S.C. §271;
- b. Mandaric be awarded damages pursuant to 35 U.S.C. §284;
- c. Cycling Sports Group's infringement be found to be willful and damages be trebled;
- d. Mandaric be awarded increased damages pursuant to 35 U.S.C. §284;
- e. Mandaric be awarded its attorney fees pursuant to 35 U.S.C. §285;

3

f.  Injunctive relief enjoining against further infringement of the '767 Patent by Cycling Sports Group, its officers, directors, shareholders, agents, servants, employees, and all other entities and individuals acting in concert with it or on its behalf;

g.  Mandaric be awarded prejudgment interest and other such further relief as the Court deems just and equitable.

Date:  March 3, 2015

VESELIN MANDARIC, DBA
MANDARIC BICYCLES

By: /s/ Mark M. Grossman
Mark M. Grossman
Grossman Law Offices
225 W. Washington St., Suite 2200
Chicago, Illinois 60606
(312) 621-9000
Attorneys for Plaintiff Veselin Mandaric dba Mandaric Bicycles

**JURY DEMAND**

Plaintiff Veselin Mandaric, dba Mandaric Bicycles hereby demands a trial by jury of any issue triable of right by a jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

VESELIN MANDARIC, DBA
MANDARIC BICYCLES

By: /s/ Mark M. Grossman
Mark M. Grossman
Grossman Law Offices
225 W. Washington St., Suite 2200

Chicago, Illinois 60606
(312) 621-9000